Michael L. Parson
Governor

Anne L. Precythe
Director

2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099

[Exhibit #1]

## State of Missouri
# DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

## Grievance Appeal Response

March 29, 2022

Wesley Marks
Register #1270004
South Central Correctional Center

RE:     SCCC-21-1868
        Use of Force
        Received on February 23, 2022
        Reviewed on March 29, 2022

Your appeal dated February 18, 2022, has been reviewed. The grievance response you received adequately addressed your complaint. In your complaint, you claim Corrections Officer I Billy Smith used excessive force against you. Your claim was submitted for investigation and was returned as unsubstantiated. The Use of Force Committee reviewed the use of force and determined it was the minimum amount of force necessary due to your actions. I have found no violation of policy and procedure. You failed to present any evidence to support your complaint. Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

JL/rc

# STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### OFFENDER GRIEVANCE APPEAL

RECEIVED FEB 22 2022 SCCC GRIEVANCE OFFICE

| Grievance Number | Date Filed |
|---|---|
| SCCC-21-1868 | |

| Offender Name (Last, First, MI) | DOC Number | Institution |
|---|---|---|
| Marks, Wesley | 1270004 | SCCC |

**REASON FOR APPEAL**

I am seeking for all remedies to be met, and for a real investigation to be done into the allegations of my IRR.

WM 1270004      2/18/22

**RESPONSE**

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFR § 40.

| GRIEVANCE LOG NUMBER | | DATE |
|---|---|---|
| SCCC 21-1868 | | 1/25/22 |

| INMATE LAST NAME | FIRST | DOC NUMBER | CAT. |
|---|---|---|---|
| Marks | Wesley | 1270004 | 7 |

\_\_\_\_X\_\_\_\_ GRIEVABLE ISSUE     _____ NON-GRIEVABLE ISSUE

RESPONSE AND JUSTIFICATION

You claim on 11/7/21 an excessive use of force was used on you. You claim you was sprayed twice while being restrained and subdued directly in the eyes with the mace can 1-2" away from your eyes.

I have reviewed your complaint and relevant information. I find the response you received at the Informal Resolution Request stage adequately addressed your complaint.

Grievance denied

*Karen Carter*
RESPONDENT SIGNATURE

COMMITTEE MEMBER SIGNATURE

GRIEVANCE OFFICER SIGNATURE

COMMENTS

SIGNATURE  2·01·22    DATE

_____ APPROVED     _____ DISAPPROVED

**STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
OFFENDER GRIEVANCE**

RECEIVED JAN 14 2022 SCCC GRIEVANCE OFFICE

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| | SCCC 21-1868 | |

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Marks | Wesley | 1270004 | 2 | C | SCCC |

**OFFENDER GRIEVANCE REQUEST**

This IRR is about the excessive use of force used on me by COI Smith & COI Watts on 11/7/21. The CDV I recieved from COI Smith on 11/7/21 is enough proof that excessive force was used. Also a review of the cameras from the front of HU2 & inside of HU1 will substantiate my allegations that I was sprayed twice (while being restrained & subdued) directly in my eyes w/the Mase can 1-2 inches away from my eyes. The drug by multiple staff & locked to a restraint bench for 45min-1 hour in which medical staff never assessed me & I was not allowed to document my injuries. Furthermore, no clean water was given to me in the strip out cage, only 1 paper towle to wipe mase off of my face & did nothing for my eyes. I still cant see out of my eye as a result of this incident. I am seeking for all remedies from IRR to be met.

OFFENDER SIGNATURE: WM 1270004   DATE: 1/12/22

**SUPERINTENDENT RESPONSE**

SUPERINTENDENT/SECTION HEAD: [signature]   DATE: 2·01·22

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION    ☒ I APPEAL THIS DECISION

OFFENDER SIGNATURE:    DATE: 2·17·22

MO 931-3377 (12-04)

| INFORMAL RESOLUTION REQUEST | | | | | DATE |
|---|---|---|---|---|---|
| SCCC | 21 | 1868 | | | 12/02/2021 |
| **INMATE LAST NAME** | | | **FIRST NAME** | **DOC NUMBER** | **CATEGORY** |
| Marks | | | Wesley | 1270004 | 7 |

| | EMERGENCY IRR | X | GRIEVABLE ISSUE | | NON-GRIEVABLE ISSUE |
|---|---|---|---|---|---|

## RESPONSE AND JUSTIFICATION

Your IRR has been received. You contend that you were sprayed with pepper spray by COI Smith in front of Housing Unit 2 and again by COII Watts in Housing unit 1. You were denied medical treatment while on the restraint bench.

I have reviewed your complaint and relevant information. You resisted an escort which resulted in the use of force. You were assessed by medical, no treatment was required, and no injuries were reported. You were given clean water while in the strip-out cage and had access to running water after being placed into a cell. You have failed to provide any further proof to substantiate your allegations.

**IRR Denied.**

INVESTIGATING STAFF SIGNATURE            DATE 12/2/21

RESPONDENT SIGNATURE            DATE 12-3-21

REVIEWER SIGNATURE            DATE 12-29-21

_____ APPROVED    _____ DISAPPROVED



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

11/16/21

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | DOC NUMBER |
|---|---|---|---|
| Marks, Wesley | | | 1270004 |
| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
| 11/22/21 | SCCC21-1868 | 7 | 2 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

On 11/7/21 at approx 4:00pm I was sprayed w/pepper spray while either laying on the ground (or attempting to) w/my hands cuffed behind my back 2 times. Once in front of HU2 by COI Smith & once in HUI by COI Watts. Immediately after being sprayed I was placed on a security bench in HUI for approx 45mins-1Hour. During this time I was denied medical treatment & not allowed to clean my eyes. At approx 5:00pm I was moved to a suicide cell & told to use the sink to rinse my eyes out. Once my eyes were opened I couldnt see clearly out of my left eye. I have complained to multiple staff on multiple shifts however I still havent seen medical for my eye.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I am seeking for all staff involved in the "use of force" to be fired & to be compensated for my eye.

| OFFENDER SIGNATURE | DATE |
|---|---|
| WM1270004 | 11/22/21 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

You were assessed by medical, no treatment was required and no injuries were reported. You were given clean water while in the strip-out cage and had access to running water after being placed in 1A-112

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN 12/1/21
☒ IRR NOT RESOLVED BY DISCUSSION 12/1/21

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| WM1270004 | | | |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE 12/2/21 | RESPONDENT SIGNATURE | DATE 12-3-21 |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE 12-29-21 | RESULTS ☐ SATISFACTORY ☒ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| WM1270004 | 1/10/22 |

MO 931-3376 (9-17)

[Exhibit #2]

# Informal Resolution Request
# Response

**To:** Wesley Marks #1270004

**Institution:** South Central Correctional Center

**IRR Number:** SCCC 21- 159

**Date of IRR:** 1/28/22

Your IRR has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be: Denied Medical treatment.

Subsequent to review and investigation, the results are as follows: Per medical records, you had eye doctor appointment on 12/17/21 and did not show up, you saw the eye doctor on 1/27/22 and he referred you to specialist which you saw on 1/25/22. You were then referred to N euro-opthal consult which was scheduled.

In conclusion, this should address your health concern.

If your medical condition changes please address any concerns through the sick call process at your facility.

03/21/2022   04/28/2022
Received     Date of Response

Cheryl Edington, RN, DON
Director of Nursing

**Grievance Category:** I  II  III  IV  V  VI  VII  VIII  <u>IX</u>  X

# STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### INFORMAL RESOLUTION REQUEST

RECEIVED FEB 01 2022

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

**OFFENDER NAME:** Wesley Marks
**DOC NUMBER:** 1270004
**DATE STAFF MEMBER RECEIVED IRR:** 1/28/22
**COMPLAINT NUMBER:** SCCC 22-159
**CATEGORY:** 5
**HOUSING UNIT:** 2

### STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC

Between the dates of 11/7/21 & 1/7/22 I was denied medical attention/treatment by custody staff & medical staff after being injured in a use of force by COI Billy Smith & COI Blakelyn Watts. On 1/7/22 I was assesed by Medical Staff & still wasn't given any treatment for my eye. I still can't see out of my eye & staff (custody & medical) are refusing to give me anything to clean my eye out &/or any pain meds for my eye.

### ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING

I am seeking to be given some type of eye drops/or some sort of solution to clean/rinse my eye out with & some type of pain medication for my eye as well.

**OFFENDER SIGNATURE:** WM 1270004
**DATE:** 1/28/22

### STAFF USE ONLY

### DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)

1/7/22 Eye Dr - 1-28-22 Flu ophthalmology  12/7 eye dr apt - ? show
1/26 referred for Eye eval - 1-25-22
2/8 - Approved for Neuro-opthal Consult - scheduled

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☒ IRR NOT RESOLVED BY DISCUSSION

**OFFENDER SIGNATURE:** WM 1270004  **DATE:** 4/28/22
**STAFF SIGNATURE:** C Edington RuDon  **DATE:** 4-29-22

### STAFF FINDINGS/RESPONSE

See Attached

**INVESTIGATING STAFF SIGNATURE:** C Edington RuDon  **DATE:** 4-29-22
**RESPONDENT SIGNATURE:** C Edington RuDon  **DATE:** 4-29-22
**REVIEWER SIGNATURE:** DBnt  **DATE:** 5-4-22
**RESULTS:** ☐ SATISFACTORY  ☒ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

**OFFENDER SIGNATURE:** WM 1270004  **DATE:** 5/16/22

IO 931-3376 (9-17)

Plaintiffs respons to Defendants Charyl Edington's Informal Resolution Request Response

Date Turned In: 05/18/2022
~~IRR~~ No. SCCC21-159

In response to the IRR response; (1) On 12/17/21 I was in Ad-Seg HU2-C-249, custody staff refused to come get me for my appointment & medical staff failed to make them come get me. This verifies my claims that I was denied medical attention/treatment between 11/7/21 and 1/7/22; (2) it is impossible for a eye doctor to see me on 1/27/22 and to be seen (after being referred by him) by a specialist on 1/25/22 (2 days prior to even being schedualed for a specialist). Furthermore, my IRR specifically states "Between the dates of 11/7/21 and 1/7/22" and also that I was trying to get some sort of solution to clean/rinse my eye out with and for some meds for the pain in my eye. I haven't received either.

Note: SCCC Grievance office is refusing to respond to this and/or give me a form to continue the process. Per Policy they are/was suppose to respond to this in 30 days after receiving the Grievance Complaint. Today is the ____ day of Aug 2022 and I have yet to receive a response or a Grievance Appeal Form to continue the Grievance process.

**Michael L. Parson**
Governor

**Anne L. Precythe**
Director

2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099

[Exhibit #5]

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

## Grievance Appeal Response

March 28, 2022

Wesley Marks
Register #1270004
South Central Correctional Center

RE:   SCCC-21-1930
      Use of Force
      Received on February 23, 2022
      Reviewed on March 28, 2022

Your appeal dated February 18, 2022, has been reviewed. The grievance response you received adequately addressed your complaint. In your complaint, you claim Corrections Officer I Billy Smith made a sexual remark towards you and then used excessive force against you. Your claim was submitted for investigation and was returned as unsubstantiated. The Use of Force Committee reviewed the use of force and determined it was the minimum amount of force necessary due to your actions. I have found no violation of policy and procedure. You failed to present any evidence to support your complaint. Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

JL/rc

# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
# OFFENDER GRIEVANCE APPEAL

**RECEIVED** FEB 2 2 2022 SCCC GRIEVANCE OFFICE

| | |
|---|---|
| GRIEVANCE NUMBER | SCCC-21-1930 |
| DATE FILED | |
| OFFENDER NAME (LAST NAME, FIRST) | Marks, Wesley |
| DOC NUMBER | 1270004 |
| INSTITUTION | SCCC |

## REASON FOR APPEAL

I am seeking for all remedies to be met.

Offender Signature: WM 1270004    Date: 2/18/22

## RESPONSE

Signature: _____    Date: _____

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

Offender Signature: _____    Date: _____

C6

| | GRIEVANCE LOG NUMBER | | DATE |
|---|---|---|---|
| INMATE LAST NAME | SCCC 21 1930 | | 01/18/22 |
| | FIRST | DOC NUMBER | CAT |
| Marks | Wesley | 1270004 | 7 |

____X____ GRIEVABLE ISSUE          _____ NON-GRIEVABLE ISSUE

RESPONSE AND JUSTIFICATION

In this complaint you contend that on 11/07/21 you were subjected to an excessive use of force by COI B. Smith. You allege that COI B. Smith utilized pepper spray on you in retaliation for you telling him that you were filing a PREA complaint against him. You allege the PREA complaint was due to an inappropriate statement from COI B. Smith.

I have reviewed your complaint and pertinent information. This complaint was submitted for investigation and found to be unsubstantiated. Furthermore, the incident was reviewed and deemed an appropriate use of force by the use of force committee.

Your grievance is denied.

_____         _____
RESPONDENT SIGNATURE                       COMMITTEE MEMBER SIGNATURE

_Karen Carter_____
GRIEVANCE OFFICER SIGNATURE

COMMENTS

_____  2·01·22
SIGNATURE                          DATE

_____ APPROVED          _____ DISAPPROVED

GR# 2-18-22/Matz 10:55am

# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
# OFFENDER GRIEVANCE

**RECEIVED** DEC 16 2021

IRR NUMBER: SCCC21-1930

| OFFENDER LAST NAME | FIRST | GRIEVANCE DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Marks | Wesley | 1270004 | 2 | C | SCCC |

## OFFENDER GRIEVANCE REQUEST

On 12/10/21 at approximately 1:43pm Sgt. Bonner was sent by the investigator to come and get me from 2C-249. At this time Sgt. Bonner came to my door and asked me if I was ready to go "be a little pussy and tell". Then he walked away and refused to take me out to the investigator. Staff aren't taking my PREA Investigation serious & COI Smith is still being allowed to be around me. Smith and Sgt. Watts has already put my eye out by spraying inches away from my eyes w/ compressed cans of mase. He has already retaliated once and its only a matter of time before he does it again.
I am seeking for all remedies from IRR to be met.

OFFENDER SIGNATURE: WM1270004
DATE: 12/15/21

## SUPERINTENDENT RESPONSE

Signature: Michelle [illegible]
DATE: 2-9-22

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION   ☒ I APPEAL THIS DECISION

OFFENDER SIGNATURE
DATE: 2-17-22

MO 931-3377 (12-04)

| INFORMAL RESOULUTION REQUEST | | DATE | |
|---|---|---|---|
| SCCC  21  1930 | | 12/10/21 | |
| **INMATE LAST NAME** <br> Marks | **FIRST NAME** <br> Wesley | **DOC NUMBER** <br> 127004 | **CATEGORY** <br> 4 |

_____ **EMERGENCY IRR**     __X__ **GRIEVABLE ISSUE**     _____ **NON-GRIEVABLE ISSUE**

## RESPONSE AND JUSTIFICATION

Your IRR has been received and reviewed. You are alleging COI Smith Billy stated to you he would give up sex for your sexy eyes, then sprayed you with mace while being hand cuffed and on the ground. You are requesting COI B. Smith to be forced to stay 100 ft. Away from you, and to be fired for retaliating against you for threatening to file a prea.

Upon review of all pertinent information regarding this issue, it has been found your complaint has been referred for investigation. Therefore your IRR is denied.

_[signature]_ 
**INVESTIGATING STAFF SIGNATURE**

**DATE** 12/10/21

_[signature]_ 48021
**RESPONDENT SIGNATURE**

**DATE** 12.10.21

_[signature]_ AW
**REVIEW SIGNATURE**

**DATE** 12-13-21

__X__ **APPROVED**     _____ **DISAPPROVED**

249

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

11/28/21

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | DOC NUMBER |
|---|---|---|---|
| Wesley Marks | | | 1270004 |
| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
| 11/30/21 | SCCC21-1930 | 4 | 2 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY - ONE ISSUE - BE SPECIFIC**

On 11/7/21 COI Smith, Billy told me that he "would give up pussy for my sexy eyed ass." Then COI Smith sprayed me w/ mase while I was cuffed behind my back laying on the ground faced down in front of HU2 Because I told him that I was going to file a PREA on him.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I am seeking for COI Smith to be force to stay 100Ft away from me & to be fired for retaliating against me for trying to file a PREA on him.

OFFENDER SIGNATURE: WM 1270004
DATE: 11/29/21

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

This has been referred for investigation

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☒ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE: WM 1278004    DATE: 12/9/21
STAFF SIGNATURE: [signature]    DATE: 12/9/21

**STAFF FINDINGS/RESPONSE**

INVESTIGATING STAFF SIGNATURE: [signature]   DATE: 12/10/21
REVIEWER SIGNATURE: [signature]   DATE: 12-13-21
RESPONDENT SIGNATURE:     DATE:
RESULTS: ☐ SATISFACTORY    ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE:     DATE:

MO 931-3376 (9-17)



Wesley E. Mowry #1270004  S-D-156
South Central Correctional Center
255 West Highway 32
Licking, MO 65542

RECEIVED
2022 AUG 18 AM 11:59
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY

Office of the Clerk
1510 Whittaker Courthouse
400 East Ninth Street
Kansas City, MO 64106

This mail is from an offender in the custody of the MO Department of Corrections.